```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
MARIE GUERRERA TOOKER                        NOTICE OF IMPENDING
                                             DISMISSAL FOR FAILURE
         -v-                                 TO PROSECUTE THE ACTION
                                                CV 10-4752(JS)(AKT)
TOWN OF SOUTHAMPTON, ET AL.
------------------------------X
```

APPEARANCES:
FOR PLAINTIFF(S):
Marie Guerrera Tooker, *Pro Se*
3581 Middle Country Rd.
Calverton  NY 11933

FOR DEFENDANT(S):
NONE

SEYBERT, DISTRICT JUDGE:

    The above-captioned case was filed on Oct. 15, 2010.

    The plaintiff commenced the action with an Order to Show Cause, which was denied by Order dated Oct. 15, 2010 (docket entry [3]). There has been no complaint filed, nor any other communication from the plaintiff since then.

    IT IS HEREBY ORDERED that, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case will be dismissed, without prejudice, for lack of prosecution if, within fifteen (15) days from the date of this order, no further explanation for the lack of proceedings has been filed.

    SO ORDERED.

                                      /s/ JOANNA SEYBERT
                                      JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, NY
       Nov. 9 , 2010