UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARIA GUERRERA TOOKER,

                Plaintiff,

    - against -                            **JUDGMENT**
                                               CV-10-4752 (JS)(AKT)

TOWN OF SOUTHAMPTON, JUSTICE
COURT, TOWN ATTORNEY,

                Defendants.

----------------------------------------------------------X

        An Order of Dismissal for Lack of Activity of Honorable Joanna Seybert, United States District Judge, having been filed on December 22, 2010, dismissing Plaintiff's case without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to mark this matter closed, it is

        **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Plaintiff's case is dismissed without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that this case is hereby closed.


Dated: Central Islip, New York
         December 28, 2010

                                                                       ROBERT C. HEINEMANN
                                                                       CLERK OF THE COURT

                                       BY:    /S/ CATHERINE VUKOVICH
                                                           DEPUTY CLERK